**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6008**

―――――――――――

HARRY JAMES DOMAN,

                         Petitioner - Appellant,

    versus

RONALD ANGELONE,

                         Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-97-624-R)

―――――――――――

Submitted:  March 17, 1998         Decided:  May 18, 1998

―――――――――――

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Harry James Doman, Appellant Pro Se.  Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Doman v. Angelone, No. CA-97-624-R (W.D. Va. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2